IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW DAVID HAFF,

        Petitioner,                  No. CIV S-08-0294 MCE GGH P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

        Respondents.          <u>ORDER</u>

        /

        Petitioner has requested an extension of time to file a response to respondents' April 3, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 7, 2008 request for an extension of time (Docket #7) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a response to Defendants' April 3, 2008 motion to dismiss.

DATED: 05/14/08

                               /s/ Gregory G. Hollows

                               GREGORY G. HOLLOWS
                               UNITED STATES MAGISTRATE JUDGE

GGH:009/ak
haff0294.111