IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DAVID HAFF,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　　　　　　　　Respondents. | CIV S-08-0294 MCE GGH P<br><br>**ORDER** |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional thirty days, to and including February 4, 2009, to file objections to the Findings and Recommendations issued December 15, 2008.

Dated: December 23, 2008

　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　─────────────────────────
　　　　　　　　　　　　　　　　　　　The Honorable Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　Magistrate Judge

haff0294.eot

Order